**PACIFIC SCIENTIFIC ENERGETIC MATERIALS COMPANY (Arizona), LLC and Pacific Scientific Energetic Materials Company (California), LLC, Plaintiffs–Appellees,**

v.

**ENSIGN–BICKFORD AEROSPACE & DEFENSE COMPANY, Defendant–Appellant.**

No. 2013–1424.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2014.

Michael A. Oblon, Perkins Coie, LLP, of Washington, DC, argued for plaintiffs-ap-

pellees. With him on the brief was Dan L. Bagatell, of Phoenix, AZ.

Sid Leach, Snell & Wilmer L.L.P. of Phoenix, AZ, argued for defendant-appellant.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.